IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01508-KLM

JOE O'DEA, and
JOE O'DEA FOR SENATE, INC.,

       Plaintiffs,

v.

CHRISTIAN PRINTERS, INC., and
JOHN DOE ORGANIZATION,

       Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Joe O'Dea and Joe O'Dea for Senate, Inc., respectfully submit this Notice of Dismissal without prejudice.

Dated: August 25, 2022

    /s/ Brent R. Owen
    Brent R. Owen (Attn. Reg. #: 45068)
    SQUIRE PATTON BOGGS (US) LLP
    717 17th Street, Suite 1825
    Denver, Colorado 80202
    brent.owen@squirepb.com

    *ATTORNEY FOR PLAINTIFFS*